AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | | |
|---|---|---|
| Study Edge, LLC, a Florida limited liability company<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:17-cv-00076 MW/GRJ |
| SKOOLERS TUTORING CENTER, LLC, a Florida limited liability company, JOHN KAVEKOS, an individual, and JONATHAN ALEMAN, an individual<br>*Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Skoolers Tutoring Center, LLC
c/o John Kavekos - Registered Agent
302 Pebble Pointe Ct
Tallahassee, FL 32311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christian P. George, Esq.
Aleksas A. Barauskas, Esq.
Amy S. Price, Esq.
50 North Laura Street - Suite 3100
Jacksonville, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jessica J. Lyublanovits
*CLERK OF COURT*

Date: 3/20/2017

s/Blair Patton
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-76 MW/GRJ Skoolers

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________

____________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________

____________ , a person of suitable age and discretion who resides there,

on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ________

____________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc: